JM    /304B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:  DANIEL R HOLLIDAY and DANIELLE L HOLLIDAY                Case No:  4:23-bk-11842 T

OBJECTION TO CONFIRMATION OF PLAN
AS MODIFIED POST-CONFIRMATION ON 07/15/2024

    Comes now Mark T. McCarty, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

    1.  11 U.S.C. §1322(a)(1).  **The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan, in that the plan base is insufficient to accomplish the purposes designated in the plan.**

    2.  11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **Debtors have either missed or modified to abate making payments for several months to date, and as a result have built up a payment delinquency of approximately $12,105. This modification proposes no dividend to general unsecured creditors, in contrast to the previously confirmed Plan. Trustee contends that the case may no longer be feasible in light of the history of Plan payments in the case.**

    WHEREFORE, the Trustee prays that the Debtors are given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

Dated:  8/1/2024

CHAPTER 13 TRUSTEE

/s/  Mark T. McCarty

cc:  Daniel R Holliday and
      Danielle L Holliday
     31 Shady Lane
     Cabot, AR  72023

     Kent Pray   (Noticed by ECF)
     P O Box 94224
     North Little Rock, AR  72190